■ In the Matter of Peter Landau, an Attorney. — Motion for reinstatement granted only to the extent of referring this matter to the Committee on Character and Fitness for the First Judicial Department for a report and recommendation, as indicated in the order of this court. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Fein, JJ.

■ Worth Distributors, Inc., v Gertrude G. Latham et al. (And a Third-Party Action; and 42 Other Actions.) — Motion for leave to appeal to the Court of Appeals granted and this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Lupiano, JJ.

■ Q.P.I. Restaurants, Ltd., v Desmond Slevin et al. — Motion insofar as it seeks reargument denied, and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court an abuse of discretion as a matter of law?" Concur — Sandler, J. P., Sullivan, Ross, Silverman and Lynch, JJ.

■ In the Matter of Alfonso A. Ilaria, for Reinstatement. — Motion for appointment of a successor referee granted as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.

## (September 23, 1982)

■ The People of the State of New York, Respondent, v Carmelo Alicea, Appellant. — Judgment, Supreme Court, New York County (Denzer, J.), rendered on March 21, 1980, and order of said court entered on December 10, 1981, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Murphy, P. J., Carro, Markewich, Bloom and Lynch, JJ.

■ In the Matter of Cynthia G. Smith et al., Respondents, v Emanuel P. Popolizio et al., Appellants. — Judgment, Supreme Court, New York County (L. Cohen, J.), entered on June 11, 1981, unanimously affirmed for the reasons stated by L. Cohen, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Carro, Markewich, Bloom and Lynch, JJ.

■ The People of the State of New York, Respondent, v Luis Osollo, Appellant. — Judgment, Supreme Court, New York County (McQuillan, J.), rendered on March 30, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Carro, Markewich, Bloom and Lynch, JJ.

■ Alberta Vaughn et al., Respondents, v City of New York, Appellant. — Order, Supreme Court, New York County (Ellerin, J.), entered on January 19, 1981, unanimously affirmed for the reasons stated by Ellerin, J., at Trial Term, without costs and without disbursements. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Lynch, JJ.